**Miguel A. CONTRERAS, Jorge L. Balderrama, and Anita Trujillo, individually, and on behalf of, a class of similarly situated persons, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5108.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2006.

Before MAYER, SCHALL, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.